# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.     19-cr-00152-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. HUMBERTO PENA-LUGO,
   a/k/a/ Valentin Chavez-Pena,

   Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 8, 2018, in the State and District of Colorado, the defendant, HUMBERTO PENA-LUGO, a/k/a Valentin Chavez-Pena, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about March 24, 2017, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney


By: s/Sarah H. Weiss
Sarah H. Weiss
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  sarah.weiss@usdoj.gov
Attorney for Government