AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 APR 11  PM 3:46
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 19-cr-00152-CMA |
| HUMBERTO PENA-LUGO, | ) |
| a/k/a/ Valentin Chavez-Pena, | ) |
|  | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HUMBERTO PENA-LUGO,  a/k/a/ Valentin Chavez-Pena ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a)

Date: 04/04/2019

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)*  04/05/2019 , and the person was arrested on *(date)*  04/10/2019
at *(city and state)*  Aurora, Colorado .

Date:  04/10/2019

*Arresting officer's signature*

SHAWNA WEIR, DO
*Printed name and title*