IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00152-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HUMBERTO PENA-LUGO,

       Defendant.

---

## NOTICE OF DISPOSITION

---

       The defendant, Humberto Pena-Lugo, by and through undersigned counsel, Mary V. Butterton, hereby notifies this Court that a disposition has been reached in his case with the government.   The defendant notes that a Change of Plea Hearing is scheduled for June 11, 2019, at 10:00 a.m.

                              Respectfully submitted,

                              VIRGINIA L. GRADY
                              Federal Public Defender


                              s/ Mary Butterton
                              MARY V. BUTTERTON
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Mary.Butterton@fd.org
                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed the foregoing

### *Notice of Disposition*

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Sarah Weiss
    Email: Sarah.Weiss@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Humberto Pena-Lugo (via U.S. Mail)

    s/ Mary Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary.Butterton@fd.org
    Attorney for Defendant