IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00152-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUMBERTO PENA-LUGO,

Defendant

---

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING AND WAIVER OF PRESENTENCE INVESTIGATION REPORT**

---

Huberto Pena-Lugo ("Mr. Pena"), by and through undersigned counsel, Mary V. Butterton, hereby requests that the Court impose the sentence in the above-referenced matter immediately after the Change of Plea hearing. In support thereof, Mr. Pena would show as follows:

1. Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

2. Mr. Pena has filed a Notice of Disposition in this case, and is pleading guilty to a one-count indictment charging him with Illegal Reentry After Deportation, pursuant to 8 U.S.C. § 1326(a).

3. It is estimated in the proposed plea agreement that, after a reduction for acceptance of responsibility pursuant to U.S.S.G. §3E1.1, Mr. Pena's base offense level is 6. Should the Court grant an anticipated motion for a 1-level departure under the "fast track" program, his total offense level would be 5. With a criminal history category II, it is estimated that the advisory guideline recommends a sentence of 0 to 6 months.

4. Mr. Pena was indicted on April 4, 2019, and an arrest warrant was subsequently issued. *See* Docs. 1, 3. He was arrested on that warrant on April 10, 2019 and has remained in federal custody since that date. Doc. 4.

5. Mr. Pena would respectfully request that this court waive the necessity of a Presentence Investigation Report and impose a sentence in this matter immediately after the Change of Plea Hearing. This is Mr. Pena's first immigration-related criminal offense. Mr. Pena has limited criminal history, most of which is traffic-related. The Court can use the Pretrial Service Report prepared by the United States Probation office to review Mr. Pena's limited criminal history and meaningfully exercise its sentencing authority.

[Continued on next page]

6. Undersigned counsel has contacted Ms. Sarah Weiss, Assistant United States Attorney assigned to this matter, who has no objection to these requests.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Mary V. Butterton*

Mary V. Butterton
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, I electronically filed the foregoing

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING AND WAIVER OF PRESENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail, addresses:

Sarah Weiss
Email: Sarah.Weiss@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Humberto Pena-Lugo (via U.S. Mail)

*/s/ Mary V. Butterton*
Mary V. Butterton
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant