IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00152-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   HUMBERTO PENA-LUGO,
     a/k/a Valentin Chavez-Pena

    Defendant.

___

## GOVERNMENT'S MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE
___

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to 5K3.1 of the United States Sentencing Guidelines (USSG) authorizing early disposition programs. The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

Dated this 31st day of May, 2019.

Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:   *s/ Sarah H. Weiss*
        Sarah H. Weiss
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado   80202
        Phone:  (303)   454-0100
        Fax: (303) 454-0403
        E-mail: sarah.weiss@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

mary_butterton@fd.org

                                           *s/ Sarah H. Weiss*
                                           Sarah H. Weiss
                                           Assistant U.S. Attorney
                                           U.S. Attorney's Office